**DISMISS and Opinion Filed September 27, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00305-CV

**JOHN W. SMITH, Appellant**
**V.**
**ST. JUDE, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01239-E**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Nowell

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 9, 2024. By postcard dated August 13, 2024 we notified appellant his brief was overdue and ordered him to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

240305F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN W. SMITH, Appellant

No. 05-24-00305-CV     V.

ST. JUDE, INC., Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-24-01239-E.
Opinion delivered by Justice Nowell. Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered September 27, 2024